UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60288-CIV-HURLEY

GIOVANNI V. CRISAN et al.,
    Plaintiffs,

v.

YOUR WIRELESS, INC., et al.,
    Defendants.
_____/

## ORDER OF ADMINISTRATIVE CLOSE-OUT

**THIS MATTER** is before the court upon the suggestion of bankruptcy filed March 21, 2008 by Your Wireless, Inc., the defendant in the above captioned action. As the bankruptcy filing gives rise to an automatic stay of this proceeding, it is accordingly

**ORDERED and ADJUDGED:**

1. The Clerk of the Court shall **CLOSE** this case for administrative purposes.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida, this 9th day of April, 2008.

                                      Daniel T.K. Hurley
                                    United States District Judge

copies to:
all counsel